Morris Smulevitz, appellant, v. Singer Sewing Machine Company, appellee. Gen. No. 32,170.

Opinion filed April 3, 1928.

Benjamin H. Black, for appellant. Carnahan & Slusser, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Lena Cohn et al., appellees, v. Max Enelow, executor of the estate of Mathilda Enelow, deceased, appellant. Gen. No. 32,182.

Opinion filed April 3, 1928.

Slottow & Leviton, for appellant; Charles Leviton, of counsel. Julian J. Luster, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Underwriters Mutual Insurance Company, appellant, v. The First National Bank of Oak Park, appellee. Gen. No. 32,197.

Opinion filed April 3, 1928.

O. J. C. Wray, for appellant; Lewis E. Johnson, of counsel. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Ellen Moore, appellant, v. Chicago Surface Lines et al., appellees. Gen. No. 32,215.

Opinion filed April 3, 1928.

Houston H. Hall and Zedrick T. Braden, for appellant. J. R. Guilliams and Frank L. Kriete, for appellees; Thomas F. Murphy and Alfred B. Davis, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.